**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Christopher Handy
Pro Se DOC No. 2092751
6606 Apollo St.
Houston TX 77091

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 27, 2021

### REHEARING ACTION: January 27, 2021

**Docket Number: 19   00585-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CHRISTOPHER HANDY**

**Writ Application from St. Landry Parish Case No. 86-K-0071-D**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. John E. Conery**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Christopher Handy** is:

> **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal,
> Rule 2-18.7

cc: Earl B. Taylor, Counsel for  the Respondent